In the Matter of the Claim of KATHERINE KENNEDY, Appellant, against JOSEPH A. CUDDIHY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of GERTRUDE HELEN KODERA, Respondent, against BLOOMINGDALE BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM ATKINSON MURRAY, Respondent, against CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.